# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2103 | **DATE** | 5/9/2008 |
| **CASE TITLE** | Laborers Pension Fund vs. Brewer Concrete Construction, Inc., et al. | | |

**DOCKET ENTRY TEXT**

This case is set for an initial status hearing on 7/16/08 at 9:30 a.m. Plaintiffs' counsel is directed to advise defendants in writing of the status hearing in conjunction with or following service of summons.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|