UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LABORERS' PENSION FUND; ET AL <br><br> PLAINTIFF(S) <br><br> vs. <br><br> BREWER CONCRETE CONSTRUCTION, INC., AND SCOTT BREWER <br><br> DEFENDANT(S) | COURT DATE: <br><br> Case No. <br> **08 CV 2103** <br><br><br> SERVICE DOCUMENTS: <br> **SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **May 01, 2008**, at **11:24 AM**, I served the above described documents upon **BREWER CONCRETE CONSTRUCTION, INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **KAREN JOSEPH / ADMINSTRATIVE ASSISTANT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **3432 S. NORMAL AVE, CHICAGO, IL 60616.**

**DESCRIPTION:** Gender: **F**  Race: **BLACK**  Age: **35**  Hgt: **5'7"**  Wgt: **125**  Hair: **BLACK**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

_(signature)_

Lisa Everett, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 2nd day of May, 2008

_(signature)_

OFFICIAL SEAL
ROBERT D FAIRBANKS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/08/10

NOTARY PUBLIC

| CLIENT NAME: <br> Laborers Pension and Welfare Funds* <br> FILE #: | ORIGINAL PROOF OF SERVICE | TRACKING # <br> 38116 |
|---|---|---|