IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds,<br><br>and<br><br>MIKE SHALES, JOHN BRYAN, SR. AL OROSZ, DAN BREJEC, TOBY KOTH, and VERN BAUMANN, not individually but as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND,<br><br>and<br><br>MIKE SHALES, JOHN BRYAN SR., AL OROSZ, TOBY KOTH, GORDON ANDERSON and DAN BREJEC, not individually but as Trustees of THE FOX VALLEY LABORERS' PENSION FUND,<br><br>              Plaintiffs,<br>v.<br><br>BREWER CONCRETE CONSTRUCTION, INC. an Illinois corporation, and SCOTT DAVID BREWER, individually,<br><br>              Defendants. | Judge Kennelly<br><br>Case No.: 08-C-2103 |

## MOTION FOR SERVICE BY SPECIAL ORDER OF COURT

NOW COME Plaintiffs Laborers' Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen, Administrator of the Funds, by and through their attorney,

Patrick T. Wallace, and hereby move this Court for leave to serve Summons and Complaint on Defendant Scott Brewer by special order of the Court. In support of this Motion, Plaintiffs state as follows:

1. Plaintiffs filed their Complaint on April 18, 2008 seeking to compel Defendants to submit current benefit reports and contributions, submit payment of accumulated liquidated damages on late paid reports, submit the Company's books and records to an audit, and to submit payments due on a defaulted Installment Note. Summons and Complaint were served on the corporate Defendant on May 1, 2008 and on August 27, 2008, this Court found corporate Defendant Brewer Concrete Construction, Inc. in default.

2. Plaintiffs have made numerous efforts to serve individual Defendant Scott Brewer. The Court has extended the deadline for serving Scott Brewer pursuant to Plaintiffs' request and Fed. R. Civ. P. 4(m).

3. Pursuant to Fed. R. Civ. P. 4(e)(1) and 735 ILCS 5/2-203.1, Plaintiffs respectfully request that this Court enter a special order permitting Plaintiffs to serve Defendant Scott Brewer by mailing Summons and Complaint to him by first-class mail at his last known residential and work addresses. Plaintiffs have made numerous efforts to serve Mr. Brewer with Summons and Complaint at both his personal residence as well as his place of work. Plaintiffs' numerous efforts to serve Defendant Brewer are set forth in the Affidavits of Process Servers Lisa Everett, Steven A. Stosur and Barry A. Savage attached hereto as Exhibits A, B and C respectively. Plaintiffs' counsel has spoken with Mr. Brewer during the pendency of this case and Mr. Brewer is personally aware that the case is pending and that he is named Defendant. Plaintiffs believe that Mr. Brewer is evading service of Summons and Complaint. Most recently, Plaintiffs'

counsel spoke with Scott Brewer on July 18, 2008 and discussed the pending action as well as the logistics of securing partial payment of the amounts due by the Defendants to Plaintiffs from a third party general contractor. Since that conversation, both numbers Mr. Brewer has provided to Plaintiffs' counsel have been disconnected.

5. Accordingly, Plaintiffs respectfully request that this Court permit Plaintiffs to serve Summons and Complaint by mailing copies of the same through the United States Postal Service, first-class postage prepaid, at Mr. Brewer's UPS mailbox address of 1341 W. Fullerton, #357, Chicago, IL 60614, his residence of 321 E. 17th St., Chicago, IL 60616-1156 and his work address of 3432 S. Normal Ave., Chicago, IL 60616. Plaintiffs believe said service is warranted pursuant to Fed. R. Civ. P. 4(e)(1) and 735 ILCS 5/2-203.1. Plaintiffs have demonstrated diligence in attempting to serve Summons and Complaint on Mr. Brewer. Mr. Brewer is aware the case is pending and service pursuant to first-class mailing of the Summons and Complaint is in a manner consistent with due process.

WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs leave to serve Summons and Complaint on Mr. Brewer by depositing copies of the same in the United States Mail, first-class postage prepaid, addressed to Mr. Brewer at 1341 W. Fullerton, #357, Chicago, IL 60614, 321 E. 17th St., Chicago, IL 60616-1156 and 3432 S. Normal Ave., Chicago, IL 60616 in accordance with Fed. R. Civ. P. 4(e)(1) and 735 ILCS 5/2-203.1.

Date: September 2, 2008

Respectfully submitted,
Laborers' Pension Fund, et al.

By: /s/ Patrick T. Wallace

Office of Fund Counsel
111 West Jackson, Suite 1415
Chicago, IL 60604
(312) 692-1540

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, <br><br> and <br><br> MIKE SHALES, JOHN BRYAN, SR. AL OROSZ, DAN BREJEC, TOBY KOTH, and VERN BAUMANN, not individually but as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND, <br><br> and <br><br> MIKE SHALES, JOHN BRYAN SR., AL OROSZ, TOBY KOTH, GORDON ANDERSON and DAN BREJEC, not individually but as Trustees of THE FOX VALLEY LABORERS' PENSION FUND, <br><br> Plaintiffs, <br><br> v. <br><br> BREWER CONCRETE CONSTRUCTION, INC. an Illinois corporation, and SCOTT DAVID BREWER, individually, <br><br> Defendants. | Judge Kennelly <br><br> Case No.: 08-C-2103 |

**AFFIDAVIT OF PROCESS SERVER**

1


EXHIBIT A

LISA A. EVERETT, being first duly sworn on oath, deposes and states as follows:

1. I have been a process server for Judicial Attorney Services for _2_ (mos) ~~years~~

2. I attempted to serve Defendant Scott David Brewer at his work address of 3432 S. Normal Ave., Chicago, IL 60616 on the following occasions with the results noted:

4/24/2008 10:00 AM  No managers in office to accept service. They were all out on site. Office staff said to come back later and someone should be there, and that it shouldn't be a problem. Scott was not in office.

4/25/2008 1:49 PM   Nobody was in office, door was locked.

4/30/2008 9:30 AM   Nobody in office, employees in shop next door say everyone is looking for him and that he is rarely at this location/office.

5/1/2008 11:24 AM   Scott was not in office.

5/7/2008 12:45 PM   Scott was not in office.

5/10/2008 12:15 PM  No Answer.

5/13/2008 9:50 AM   Female employee who accepted corporate service was in. She indicated Mr. Brewer is aware of the lawsuit but was not in the office.

FURTHER AFFIANT SAYETH NOT.

_____
Lisa Everett

Subscribed and sworn to before me
this _2_ day of ~~August~~ Sept 2008.

_____
Notary Public

```
OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09
```

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, <br><br> and <br><br> MIKE SHALES, JOHN BRYAN, SR. AL OROSZ, DAN BREJEC, TOBY KOTH, and VERN BAUMANN, not individually but as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND, <br><br> and <br><br> MIKE SHALES, JOHN BRYAN SR., AL OROSZ, TOBY KOTH, GORDON ANDERSON and DAN BREJEC, not individually but as Trustees of THE FOX VALLEY LABORERS' PENSION FUND, <br><br> Plaintiffs, <br><br> v. <br><br> BREWER CONCRETE CONSTRUCTION, INC. an Illinois corporation, and SCOTT DAVID BREWER, individually, <br><br> Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Judge Kennelly <br><br> Case No.: 08-C-2103 |

**AFFIDAVIT OF PROCESS SERVER**

1



STEVEN A. STOSUR, being first duly sworn on oath, deposes and states as follows:

1. I have been a process server for Judicial Attorney Services for _____(5)_____ years.

2. I attempted to serve Defendant Scott David Brewer at the address provided by Plaintiffs' counsel of 1341 W. Fullerton, #357, Chicago, IL 60614 at May 19, 2008. This address is a UPS Store with mailboxes.

FURTHER AFFIANT SAYETH NOT.

_____
Steven A. Stosur

Subscribed and sworn to before me
this ___2___ day of ~~August~~ Sept 2008.

_____
Notary Public

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, <br><br>and<br><br>MIKE SHALES, JOHN BRYAN, SR. AL OROSZ, DAN BREJEC, TOBY KOTH, and VERN BAUMANN, not individually but as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND,<br><br>and<br><br>MIKE SHALES, JOHN BRYAN SR., AL OROSZ, TOBY KOTH, GORDON ANDERSON and DAN BREJEC, not individually but as Trustees of THE FOX VALLEY LABORERS' PENSION FUND,<br><br>  Plaintiffs,<br>v.<br><br>BREWER CONCRETE CONSTRUCTION, INC. an Illinois corporation, and SCOTT DAVID BREWER, individually,<br><br>  Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Judge Kennelly<br><br>Case No.: 08-C-2103 |

**AFFIDAVIT OF PROCESS SERVER**

1



BARRY A. SAVAGE, being first duly sworn on oath, deposes and states as follows:

1. I have been a process server for Judicial Attorney Services for _____ (5) years.

2. I attempted to serve Defendant Scott David Brewer at his place of residence of 321 E. 17th St., Chicago, IL 60616 on three occasions: 8/17/2008 at 6:06 p.m.; 8/20/2008 at 8:30 a.m.; and 8/21/2008 at 8:30 p.m. On each occasion, there was no one home. On August 24, 2008 at 7:35 a.m., I arrived and remained at the garage entrance of the residence until 9:05 a.m. whereupon I departed without having seen Mr. Brewer.

FURTHER AFFIANT SAYETH NOT.

_____
Barry A. Savage

Subscribed and sworn to before me
this __2__ day of ~~August~~ Sept 2008.

_____
Notary Public

> OFFICIAL SEAL
> JOAN C HARENBERG
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:07/13/09

2

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused a copy of the foregoing Motion for Service by Special Order of Court to be served upon the following persons, via U.S. Mail, this 2nd day of September 2008.

Brewer Concrete Construction, Inc.
c/o Scott Brewer, Registered Agent
3432 S. Normal Ave.
Chicago, IL  60616

Scott Brewer
1341 W. Fullerton, #357
Chicago, IL  60614

Scott Brewer
321 E. 17th St.
Chicago, IL  60616-1156


/s/ Patrick T. Wallace

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, | ) ) ) ) ) ) ) ) | |
| and | ) ) | |
| MIKE SHALES, JOHN BRYAN, SR. AL OROSZ, DAN BREJEC, TOBY KOTH, and VERN BAUMANN, not individually but as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND, | ) ) ) ) ) ) ) | |
| and | ) ) | |
| MIKE SHALES, JOHN BRYAN SR., AL OROSZ, TOBY KOTH, GORDON ANDERSON and DAN BREJEC, not individually but as Trustees of THE FOX VALLEY LABORERS' PENSION FUND, | ) ) ) ) ) ) | Judge Kennelly |
| Plaintiffs, | ) ) | Case No.: 08-C-2103 |
| v. | ) ) | |
| BREWER CONCRETE CONSTRUCTION, INC. an Illinois corporation, and SCOTT DAVID BREWER, individually, | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

    This matter having come to be heard on the Motion of Plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen,

Administrator of the Funds ("Funds") for Special Service by Order of Court, due notice having been given, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED**:

Plaintiffs are given leave pursuant to Fed. R. Civ. P. 4(e)(1) and 735 ILCS 5/2-203.1 to serve Defendant Scott David Brewer with copies of the Summons and Complaint by mailing the same to him in the United States Mail, first-class postage prepaid and addressed to Mr. Brewer at 1341 W. Fullerton, #357, Chicago, Illinois 60614, 321 E. 17th Street, Chicago, Illinois 60616-1156 and 3432 S. Normal Ave., Chicago, Illinois 60616.

              ENTER:

              _____
              The Honorable Judge Matthew F. Kennelly
              United States District Court Judge

Dated:_____