## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds,<br><br>and<br><br>MIKE SHALES, JOHN BRYAN, SR. AL OROSZ, DAN BREJEC, TOBY KOTH, and VERN BAUMANN, not individually but as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND,<br><br>and<br><br>MIKE SHALES, JOHN BRYAN SR., AL OROSZ, TOBY KOTH, GORDON ANDERSON and DAN BREJEC, not individually but as Trustees of THE FOX VALLEY LABORERS' PENSION FUND,<br><br>Plaintiffs,<br>v.<br><br>BREWER CONCRETE CONSTRUCTION, INC. an Illinois corporation, and SCOTT DAVID BREWER, individually,<br><br>Defendants. | Judge Kennelly<br><br>Case No.: 08-C-2103 |

### NOTICE OF MOTION

To: Brewer Concrete Construction, Inc.
     c/o Scott Brewer, Registered Agent
     3432 S. Normal Ave.
     Chicago, IL 60616


     Scott Brewer

1341 W. Fullerton, #357
Chicago, IL  60614

Scott Brewer
321 E. 17th St.
Chicago, IL  60616-1156

PLEASE TAKE NOTICE that at 9:30 a.m. on Tuesday, September 9, 2008, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Matthew F. Kennelly, Room 2103, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present Plaintiffs' Motion for Service by Special Order of Court, a copy of which is herewith served upon you.

September 2, 2008                                                                 Laborers Pension Fund, et al.

                                                                                  By: /s/ Patrick T. Wallace

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

The undersigned certifies that on this 2nd day of September 2008 he served this notice to the above addressee(s) via U.S. Mail.

                                                                                  /s/ Patrick T. Wallace